Holland Press, Inc., defendant in error, v. J. F. Wetherby, plaintiff in error. Gen. No. 31,262.

Action to recover agreed price of work done and goods sold. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 29, 1927.

James J. Barbour and Edward H. S. Martin, for plaintiff in error. Richard S. Folsom and Frank C. Leviton, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Ascher Terminal Theatre Company, appellee, v. City of Chicago et al., appellants. Gen. No. 31,274.

Petition for mandamus to compel issuance of theatre operating license. Writ granted. Appeal from the Superior Court of Cook county; the Hon. William J. Lindsay, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 29, 1927.

Francis X. Busch, Corporation Counsel, for appellants; Roy S. Gaskill, Barnet Hodes and W. Arnold Amberg, Assistant Corporation Counsel, of counsel. Freeman, Mason, Igoe & Flaherty, for appellee; George H. Mason, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Holcomb & Hoke Manufacturing Company, appellant, v. G. C. Roche et al., trading as Roche Brothers Pharmacy, appellees. Gen. No. 31,283.

Action on promissory note. Judgment against plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 29, 1927. Rehearing denied April 13, 1927.

Meads & Scott, for appellant. John F. Shea, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

E. L. Scheidenhelm Company, appellee, v. Dolese Brothers Company, appellant. Gen. No. 30,951.

Action by consignee to recover freight rebate from shipper. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed April 6, 1927.

Custer & Cameron and John R. Heath, for appellant. Beckman, Olson & Hough and Charles E. Carnahan, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.